JS-6

Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, John Roe CF 85,*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHN ROE CF 85,<br><br>       Plaintiff,<br><br>    vs.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, an entity of unknown form; and DOES 4 to 100, Inclusive,<br><br>       Defendants. | Case No. 5:24-cv-02356-KK-DTBx<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to: Judge Kenly Kiya Kato<br>Referred to: Magistrate Judge David T. Bristow |

**ORDER OF DISMISSAL**

**ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: July 28, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT COURT JUDGE

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 |Fax: (310) 773-5573